of Appeals for the Fifth Circuit denied. *Mr. A. O. B. Sparks* for petitioner. No appearance for respondents.

No. 308. TEXAS STEEL Co. *v.* MISSOURI-KANSAS-TEXAS R. Co. ET AL. October 8, 1934. Petition for writ of certiorari to the Court of Civil Appeals of Texas, 2d Supreme Judicial District, denied. *Mr. George W. Armstrong* for petitioner. *Mr. Fred L. Wallace* for respondents.

No. 309. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WALBRIDGE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Messrs. Russell D. Morrill* and *Chauncey Newlin* for respondent.

No. 310. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ARCHBALD. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. W. W. Spaulding* for respondent.

No. 311. ELTING, COLLECTOR OF CUSTOMS, *v.* LANCASHIRE SHIPPING Co., LTD. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. John W. Crandall* for respondent.

No. 312. E. A. LABORATORIES, INC. *v.* TRICO PRODUCTS CORP. October 8, 1934. Petition for writ of certiorari to

the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Hugh M. Morris* and *Holland S. Duell* for petitioner. *Mr. Edwin J. Prindle* for respondent.

No. 313. ARTCRAFT SILK HOSIERY MILLS, INC. *v.* GOTHAM SILK HOSIERY CO. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight, Clifton V. Edwards,* and *Leon Edelson* for petitioner. *Mr. Samuel E. Darby, Jr.,* for respondents.

No. 314. LEVERING & GARRIGUES CO. ET AL. *v.* MORRIN ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frederick H. Wood* and *Merritt Lane* for petitioners. *Messrs. Frank P. Walsh* and *John Walsh* for respondents.

No. 316. COASTWISE TRANSPORTATION CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Robert E. Goodwin* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 317. KELLY *v.* NEW YORK, CHICAGO & ST. LOUIS R. CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William C. Bachelder* and *H. K. Bachelder* for petitioner. *Mr. Russell P. Harker* for respondent.